No. 84–1100.  STAMBAUGH'S AIR SERVICE, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 84–1113.  MACRI v. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 84–1121.  SIR SPEEDY, INC. v. SPEEDY PRINTING CENTERS, INC.  C. A. 6th Cir.  Certiorari denied.

No. 84–1122.  HARMON v. UNITED STATES; and
No. 84–1126.  SAGER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.  Reported below: 743 F. 2d 1261.

No. 84–1125.  GOLD v. UNITED STATES; and
No. 84–6057.  WARREN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 743 F. 2d 800.

No. 84–1152.  GASPARD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 84–1153.  OTTO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–1188.  CARTER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–1191.  PULITZER v. PULITZER.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 84–1194.  O'HARE ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 84–5123.  JENKINS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–5268.  GORDON v. DONOVAN, SECRETARY OF LABOR. C. A. 5th Cir.  Certiorari denied.